**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

**E.K., individually; and E. K. by and
through her next friend and mother,
Amy Atkins**,

      **Plaintiffs,**

**v.**

**CHILD DEVELOPMENT SCHOOLS,
NC., d/b/a Childcare Network,**

      **Defendants.**

CIVIL ACTION NO.
3:07-CV-1083-MHT

## CONFLICT DISCLOSURE STATEMENT

     COMES NOW **E. K. and her next friend and mother, Amy Atkins**, **Plaintiffs** in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

      ❏    **This party is an individual**.


December 27, 2007                      s/Jerry Roberson
Date                                     Counsel

                                           **E.K. & her next friend and mother, Amy Atkins**
                                           Counsel for Plaintiffs

      Respectfully submitted,

      s/Jerry Roberson
      Jerry Roberson (ROB010)
      Roberson & Roberson
      P.O. Box 380487
      Birmingham, Alabama 35238-0487
      Phone Number:   205.981.3906
      Fax Number:     205.981.3908
      E-mail: jdratty@charter.net
            tlbaker@charter.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 27th day of December, 2007, I served a copy of the foregoing document upon counsel of record either through the **CM/ECF system**, via facsimile or by placing a copy of the same in the United States Mail, first class postage prepaid and addressed as follows:

Keith J. Pflaum
Bar Number: ASB-3002-A54K
Attorney for Defendant, Child Development
Schools, Inc. d/b/a Childcare Network
Porterfield, Harper, Mills & Motlow, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790
Birmingham, AL 35253-0790
Telephone: (205) 980-5000
Fax (205) 980-5001
E-mail: kjp@phm-law.com

      s/Jerry Roberson