IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| E. K., Individually; E. K., by and through her next friend and mother, AMY ATKINS, </br></br>    Plaintiffs, </br></br>vs. </br></br>CHILD DEVELOPMENT SCHOOLS, INC. d/b/a CHILDCARE NETWORK, et al., </br></br>    Defendants. | )</br>)</br>)</br>)</br>)</br>)</br>) CASE NO.: 3:07-cv-01083-MHT-TFM</br>)</br>)</br>)</br>)</br>)</br>) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW the defendant, Child Development Schools, Inc. d/b/a Childcare Network, in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X]    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| CDS Holdco, Inc. | Parent Company |
| CDS Parent, Inc. | Parent Company |
| CDS Investors, LLC | Parent Company |
| Northwestern Mutual Life Insurance | Parent Company |

Respectfully submitted this 27th day of December, 2007.

> s/Keith J. Pflaum
> Keith J. Pflaum
> Bar Number: ASB-3002-A54K
> Attorney for Defendant, Child Development
> Schools, Inc. d/b/a Childcare Network
> Porterfield, Harper, Mills & Motlow, P.A.
> 22 Inverness Center Parkway, Suite 600
> P.O. Box 530790
> Birmingham, AL 35253-0790
> Telephone: (205) 980-5000
> Fax: (205) 980-5001
> E-mail: kjp@phm-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the ___27th___ day of ___December___, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jerry D. Roberson, Esq.
Roberson & Roberson
P.O. Box 380487
Birmingham, AL 35238-0487

> s/Keith J. Pflaum
> Keith J. Pflaum
> Bar Number: ASB-3002-A54K
> Attorney for Defendant, Child Development
> Schools, Inc. d/b/a Childcare Network
> Porterfield, Harper, Mills & Motlow, P.A.
> 22 Inverness Center Parkway, Suite 600
> P.O. Box 530790
> Birmingham, AL 35253-0790
> Telephone: (205) 980-5000
> Fax: (205) 980-5001
> E-mail: kjp@phm-law.com