IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| E.K., individually, and ) | |
| E.K., by and through her ) | |
| next friend and mother, ) | |
| Amy Atkins, ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 3:07cv1083-MHT |
| ) | |
| CHILD DEVELOPMENT SCHOOLS, ) | |
| INC., d/b/a Childcare ) | |
| Network, ) | |
| ) | |
|     Defendant. ) | |

ORDER

It is ORDERED that the motion for additional time (Doc. No. 6) is granted.

DONE, this the 28th day of December, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**