## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 2, 2008

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:    E.K. et al v. Child Development Schools, Inc.**

**Case Number:    3:07-cv-01083-MHT**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached by E-Filer to redact the minor name pursuant to the E-Government Act**

**The correct PDF document is attached to this notice for your review.    Reference is made to document # 7  filed on December 27, 2007.**

**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

**E.K., individually; and E. K. by and
through her next friend and mother,
Amy Atkins**,

        **Plaintiffs,**

**v.**

**CHILD DEVELOPMENT SCHOOLS,
NC., d/b/a Childcare Network,**

        **Defendants.**

**CIVIL ACTION NO.
3:07-CV-1083-MHT**

## CONFLICT DISCLOSURE STATEMENT

    COMES NOW **E. K. and her next friend and mother, Amy Atkins**, **Plaintiffs** in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and  managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

        ❑     **This party is an individual**.

December 27, 2007          s/Jerry Roberson
Date                 Counsel

                    **E.K. & her next friend and mother, Amy Atkins**
                    Counsel for Plaintiffs

Respectfully submitted,


s/Jerry Roberson
Jerry Roberson (ROB010)
Roberson & Roberson
P.O. Box 380487
Birmingham, Alabama 35238-0487
Phone Number:      205.981.3906
Fax Number:        205.981.3908
E-mail: jdratty@charter.net
            tlbaker@charter.net


## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December, 2007, I served a copy of the foregoing document upon counsel of record either through the **CM/ECF system**, via facsimile or by placing a copy of the same in the United States Mail, first class postage prepaid and addressed as follows:

Keith J. Pflaum
Bar Number: ASB-3002-A54K
Attorney for Defendant, Child Development
Schools, Inc. d/b/a Childcare Network
Porterfield, Harper, Mills & Motlow, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790
Birmingham, AL 35253-0790
Telephone: (205) 980-5000
Fax (205) 980-5001
E-mail: kjp@phm-law.com


s/Jerry Roberson