IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| E.K., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 3:07-CV-1083-MHT-TFM |
| ) | |
| CHILD DEVELOPMENT SCHOOLS, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

Upon consideration of the *Motion to Quash or Modify Subpoena, or in the Alternative, Motion for Protective Order* filed by the Alabama Department of Human Resources (Doc. #16; March 3, 2008), it is hereby

**ORDERED** that the **Parties file a response by March 14, 2008** to show any cause why the motion should not be granted.

Done this 4th day of March, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE