IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| E. K., individually; E. K., by and through her next friend and mother, AMY ATKINS,    )<br>)<br>)<br>Plaintiffs,    )<br>)<br>vs.    )<br>)<br>CHILD DEVELOPMENT SCHOOLS,    )<br>INC. d/b/a CHILDCARE NETWORK,    )<br>et al.,    )<br>)<br>Defendants.    ) | CASE NO.: 3:07-cv-01083-MHT-TFM |

## RESPONSE TO COURT'S SHOW CAUSE ORDER

COMES NOW the defendant, Child Development Schools, Inc. d/b/a Childcare Network, and in response the Motion to Quash or Modify Subpoena, or in the Alternative, Motion for Protective Order filed by the Alabama Department of Human Resources (DHR) and the Court's Order of March 4, 2008, shows as follows:

1.      This lawsuit involves an allegation of improper contact between two (2) students at this defendant's daycare. The alleged incident was self-reported by the defendant to DHR, and upon information and belief, DHR conducted an investigation and issued a report clearing this defendant of any improper conduct. As such, this defendant directed a subpoena to DHR in order to obtain a copy of its file regarding this particular incident. The investigation conducted by DHR is relevant and reasonably calculated to lead to the discovery of other relevant information.

2.      Upon information and belief, at the time of this alleged incident (May 2005), the plaintiff's family was already under investigation by DHR for allegations of physical abuse. As such, this defendant issued a subpoena to DHR to obtain those records. The plaintiff is claiming

"mental anguish and emotional distress damages for the emotional harm caused by this incident;" and is seeking "compensatory damages for the medical bills and psychiatric bills incurred by E.K. and her mother, Amy Atkins, as a result of this incident." (Plaintiffs' Initial Disclosures.)  This defendant respectfully asserts that it is entitled to discover other possible causes (including family abuse) for the emotional distress alleged in this lawsuit.

3. This defendant does not object to an *in camera* inspection of the requested records to determine whether the records, as asserted by this defendant, contain evidence material to this case.  Furthermore, this defendant does not object to the entry of a reasonable Protective Order regarding the records.

WHEREFORE, premises considered, this defendant respectfully shows cause as to why DHR's motion should not be granted in its entirety, but instead, the documents should be produced following an *in camera* review and pursuant to a reasonable Protective Order.

s/Keith J. Pflaum
Keith J. Pflaum
Bar Number: ASB-3002-A54K
Attorney for Defendant, Child Development
Schools, Inc. d/b/a Childcare Network
Porterfield, Harper, Mills & Motlow, P.A.
22 Inverness Center Parkway, Suite 600
Birmingham, AL 35242
Telephone: (205) 980-5000
Fax (205) 980-5001
E-mail: kjp@phm-law.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the ___12th___ day of ___March___, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jerry D. Roberson, Esq.
Roberson & Roberson
P.O. Box 380487
Birmingham, AL 35238-0487

Michael C. Joiner, Esq.
Assistant Attorney General
State of Alabama
Department of Human Resources
Legal Office
P.O. Box 304000
Montgomery, AL 36130-4000

                                             **s/Keith J. Pflaum**
                                             Keith J. Pflaum
                                             Bar Number: ASB-3002-A54K
                                             Attorney for Defendant, Child Development Schools, Inc. d/b/a Childcare Network
                                             Porterfield, Harper, Mills & Motlow, P.A.
                                             22 Inverness Center Parkway, Suite 600
                                             Birmingham, AL 35242
                                             Telephone: (205) 980-5000
                                             Fax (205) 980-5001
                                             E-mail: kjp@phm-law.com