# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

E. K., INDIVIDUALLY; E. K. BY AND
THROUGH HER NEXT FRIEND AND
MOTHER, AMY ATKINS,

        Plaintiffs,                    CIVIL ACTION NO.
                                            3:07-CV-1083-MHT

v.

CHILD DEVELOPMENT SCHOOLS, NC.,
d/b/a CHILDCARE NETWORK,

        Defendants.

## PLAINTIFFS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE

        COME NOW the Plaintiffs, E.K. and Amy Atkins, and in response to the Motion to Quash or Modify Subpoena, or in the Alternative, Motion for Protective Order filed by the Alabama Department of Human Resources (DHR) and the Court's Order of March 4, 2008, shows as follows:

        1.      This lawsuit involves an allegation of improper sexual contact between two (2) students at this defendant's daycare. The incident was allegedly self-reported by the defendant to DHR, and upon information and belief, DHR conducted an investigation and issued a report. This defendant directed a subpoena to DHR in order to obtain a copy of the DHR file regarding this particular incident. Plaintiffs agree that the investigation conducted by DHR is relevant and/or reasonably calculated to lead to the discovery of other relevant information.

        2.      At the time of this alleged incident (May 2005), the plaintiff's father was under investigation by DHR for allegations of physical abuse, not sexual abuse, regarding

a sister, also a minor, of the Plaintiff E.K.  This defendant issued a subpoena to DHR to obtain those records and the plaintiffs object to those records being obtained by the Defendant but do not object to an *in-camera* review by the magistrate to confirm that E.K. was not the subject of that inquiry.

WHEREFORE, premises considered, the Plaintiffs respectfully show cause as to why DHR's motion should be granted partially, but that any investigation into the incident which is the subject of this lawsuit should be produced following an *in camera* review and pursuant to a reasonable Protective Order.

                Respectfully submitted,

                s/Jerry Roberson
                Jerry Roberson (ROB010)
                Roberson & Roberson
                P.O. Box 380487
                Birmingham, Alabama 35238-0487
                Phone Number:     205.981.3906
                Fax Number:          205.981.3908
                E-mail: jdratty@charter.net
                        tlbaker@charter.net

## CERTIFICATE OF SERVICE

      I hereby certify that on the 13th day of March, 2008, I served a copy of the foregoing document upon counsel of record either through the **CM/ECF system**, via facsimile or by placing a copy of the same in the United States Mail, first class postage prepaid and addressed as follows:

Keith J. Pflaum
Bar Number: ASB-3002-A54K
Attorney for Defendant, Child Development
Schools, Inc. d/b/a Childcare Network
Porterfield, Harper, Mills & Motlow, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790
Birmingham, AL 35253-0790
Telephone: (205) 980-5000
Fax (205) 980-5001
E-mail: kjp@phm-law.com

                                                          s/Jerry Roberson