IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| E. K., individually; E. K., by and through her next friend and mother, AMY ATKINS, ) ) ) Plaintiffs, ) ) vs. ) ) CHILD DEVELOPMENT SCHOOLS, ) INC. d/b/a CHILDCARE NETWORK, ) et al., ) ) Defendants. ) | CASE NO.: 3:07-cv-01083-MHT-TFM |

## NOTICE OF DEPOSITION

You are hereby notified that defendant will take the testimony by deposition upon oral examination for the purposes of discovery or for use as evidence in this cause, or for both purposes, in accordance with the Alabama Rules of Civil Procedure, as follows:

DEPONENT:     **Dr. Keith Blanks**

PLACE:        Columbus Regional - The Medical Center
              710 Center Street
              Columbus, GA 31902-0951

DATE:         Wednesday, September 3, 2008

TIME:         3:00 p.m. (CST) / 4:00 p.m. (EST)

BEFORE:       A court reporter and notary public, or before some other officer authorized by law to administer oaths.

The examination will continue from day to day until completed. You are invited to attend and cross-examine.

s/Keith J. Pflaum
Keith J. Pflaum
Bar Number: ASB-3002-A54K
Attorney for Defendant, Child Development
Schools, Inc. d/b/a Childcare Network

        Porterfield, Harper, Mills & Motlow, P.A.
        22 Inverness Center Parkway, Suite 600
        Birmingham, AL 35242
        Telephone: (205) 980-5000
        Fax: (205) 980-5001
        E-mail: kjp@phm-law.com

### **CERTIFICATE OF SERVICE**

I hereby certify that on this the __21st__ day of __August__, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jerry D. Roberson, Esq.
Roberson & Roberson
P.O. Box 380487
Birmingham, AL 35238-0487

Tyler, Eaton, Morgan, Nichols
   & Pritchett, Court Reporters
1819 5th Avenue North
Suite 1020
Birmingham, AL 35203

        **s/Keith J. Pflaum**
        Keith J. Pflaum
        Bar Number: ASB-3002-A54K
        Attorney for Defendant, Child Development
        Schools, Inc. d/b/a Childcare Network
        Porterfield, Harper, Mills & Motlow, P.A.
        22 Inverness Center Parkway, Suite 600
        Birmingham, AL 35242
        Telephone: (205) 980-5000
        Fax: (205) 980-5001
        E-mail: kjp@phm-law.com